WR-83,783-01,02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/26/2015 8:45:18 AM
Accepted 8/26/2015 8:59:23 AM
ABEL ACOSTA
CLERK

NO. _____

IN THE
COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
8/26/2015
ABEL ACOSTA, CLERK

*In Re: Thomas Allen Simon, Relator*

## RELATOR'S MOTION FOR TEMPORARY RELIEF

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Relator, Thomas Allen Simon, respectfully presents this Motion for Temporary Relief pursuant to TEX. R. APP. P. 52.10. In support of his motion, Relator would show the Court as follows:

1. Relator has, on August 25, 2015, filed a Petition for Writ of Mandamus and for Writ of Prohibition with this Court seeking to vacate the order of the trial court removing his appointed trial counsel.

2. Relator requests that this Court issue an order staying the underlying proceedings in the court below.

3. Respondent has set the underlying case on the trial court's docket on August 27, 2015 for hearing on Relator's pre-trial motions and on September 14, 2015 for jury trial. As it stands, Tracy D. Cluck has been removed as Relator's attorney and has no right to represent Relator at the

pre-trial hearing or jury trial. Relator does not know whether this Court can rule on this application before this hearing and/or the jury trial occur.

4. Any attempt by Respondent to force the underlying case to hearings or to trial will interfere with this Court's jurisdiction and will deprive Relator of the right to have the impropriety of the challenged order removing Tracy D. Cluck as his attorney determined before he is subjected to hearings or trial hereunder.

5. Relator has no adequate remedy at law to redress the harm that he alleges will ensue if the trial court forces the case to hearings or trial before this court determines the propriety of the order removing his attorney.

6. For these reasons, Relator requests this Court to issue an order staying the underlying proceedings.

WHEREFORE, PREMISES CONSIDERED, Relator respectfully requests that the Court grant this motion for temporary relief and that the Court grant such other and further relief to which Relator may show himself to be justly and equitably entitled.

Respectfully submitted,

/s/  Tracy D. Cluck

_____

TRACY D. CLUCK

Texas Bar No. 00787254
12600 Hill Country Blvd., Ste. R-275
Austin, Texas 78738
Tel: (512) 329-2615
Fax: (512) 329-2604
tracy@tracyclucklawyer.com

L. T. "Butch" Bradt
Texas Bar No. 02841600
14015 Southwest Freeway, Ste. 4
Sugar Land, Texas 77478
Tel: (281) 201-0700
Fax: (281) 201-1202
ltbradt@flash.net

ATTORNEYS FOR RELATOR
THOMAS ALLEN SIMON

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have, in compliance with Tex.R.App.P. 52.10, notified, or made diligent effort to notify, all parties by expedited means, by e-mailing this motion to each on August 25, 2015, notifying the parties that a motion for temporary relief has been, or will be, filed in this case.

/s/ Tracy D. Cluck

TRACY D. CLUCK

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been served on the following parties, by e-mail, on August 25, 2015:


Honorable Evan Stubbs
424th Judicial District Court
1701 E. Polk St., Ste. 74
Burnet, Texas  78611
424distjudge@gmail.com

Hon. Wiley B. "Sonny" McAfee
33rd & 424th Judicial District Attorney
Gary Bunyard, Asst. Dist. Atty.
1701 E. Polk St., Ste. 24
Burnet, Texas  78611
Wiley1450@yahoo.com
g.bunyard@co.llano.tx.us

Gary Prust
1607 Nueces St.
Austin, Texas  78701
gary@prustlaw.com


/s/  Tracy D. Cluck
_____
TRACY D. CLUCK

## CERTIFICATE OF WORD COUNT

I certify that the pertinent portion of this Motion for Temporary Relief is comprised of approximately 574 words.

/s/ Tracy D. Cluck
_____
TRACY D. CLUCK